UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWIN WALKER, | : |
|     Plaintiff | : CIVIL ACTION NO. 3:11-CV-1750 |
| | : |
| | : (Judge Nealon) |
| v. | : (Magistrate Judge Carlson) |
| | : |
| JEROME W. WALSH, et al., | : |
|     Defendants | : |

## ORDER

NOW, THIS 1st DAY OF FEBRUARY, 2012, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 6) is **ADOPTED**;

2. Plaintiff's objections (Doc. 8) to the R&R are **OVERRULED**;

3. Plaintiff's motions for leave to proceed in forma pauperis (Docs. 3, 9) are **GRANTED**;

4. Plaintiff **SHALL** file an amended complaint within twenty (20) days of the date of this Order;

   A. The "amended complaint must be complete in all respects" and stand by itself without reference to the complaint already filed. See Young, 809 F. Supp. at 1198;

   B. If Plaintiff fails to timely file an amended complaint, all claims against Defendants Walsh, Gordon, and Varner will be dismissed and these Defendants will be terminated as parties to this action;

5. This case is **REMANDED** to Magistrate Judge Carlson for further proceedings; and

6. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

**FILED**
SCRANTON

FEB 0 1 2012

Per_____
DEPUTY CLERK

_____
United States District Judge