UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWIN WALKER,<br><br>     Plaintiff<br><br>v.<br><br>JEROME W. WALSH, et al.,<br>     Defendants | CIVIL ACTION NO. 3:11-CV-1750<br><br>(Judge Nealon)<br>(Magistrate Judge Carlson) |

**ORDER**

FILED SCRANTON MAY 3 – 2012 PER ___ DEPUTY CLERK

NOW, THIS 3rd DAY OF MAY, 2012, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 17) is **ADOPTED**;

2. Plaintiff's objections (Docs. 18, 19) are **OVERRULED**;

3. All claims and Defendants, except for the claim against Defendant Goyne for failing to protect Plaintiff by assigning him to a top bunk despite his age, are **DISMISSED with prejudice**;

4. The Clerk of Court is directed to **TERMINATE** Defendants Walsh, Gordon, Varner, Demming, and Kaye[1] as parties to this action;

5. The Amended Complaint (Doc. 16) is **STRICKEN**;

6. The Clerk of Courts is directed to **SERVE** a copy of the original Complaint (Doc. 1) on Defendant Goyne;

7. This case is **REMANDED** to Magistrate Judge Carlson for further proceedings; and

8. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

United States District Judge

---

[1] The amended complaint names Defendants Demming and Kaye, but they were never added to the docket.