UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

EDWIN WALKER, :
: CIVIL ACTION NO. 3:11-CV-1750
    Plaintiff :
: (Judge Nealon)
v. : (Magistrate Judge Carlson)
:
JEROME W. WALSH, et al., :
    Defendants :

## ORDER

NOW, THIS 7th DAY OF DECEMBER, 2012, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 36), is **ADOPTED**;

2. Defendant Goyne's motion to dismiss, (Doc. 27), is **GRANTED in part** and **DENIED in part**;

    A. The motion is **GRANTED** in so far as it seeks to dismiss all claims against Defendant Goyne in his official capacity, and all official capacity claims are **DISMISSED**;

    B. The motion is **DENIED without prejudice** to the extent it seeks dismissal for failure to exhaust;

3. This case is **REMANDED** to Magistrate Judge Carlson for further proceedings; and

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

_____
United States District Judge

FILED
SCRANTON

DEC 0 7 2012

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK